## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| **KRYSTAL M. ANDERSON,**<br>And all others similarly situated, | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| **vs.** | )<br>) |
| **PRINCIPAL LIFE INSURANCE** | )   **Civil Action No. 4:15-cv-00119-JAJ-HCA** |
| **COMPANY; BENEFITS PLAN** | ) |
| **ADMINISTRATIVE COMMITTEE; and** | ) |
| **BENEFITS PLANS INVESTMENT** | ) |
| **COMMITTEE,** | )<br>) |
| **Defendants.** | ) |

### PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER

**(1)**    **CONDITIONALLY CERTIFYING THE SETTLEMENT CLASSES AND APPOINTING CLASS COUNSEL;**

**(2)**    **PRELIMINARILY APPROVING THE PROPOSED CLASS ACTION SETTLEMENT;**

**(3)**    **ENJOINING SETTLEMENT CLASS MEMBERS FROM PURSUING ANY CLAIMS THAT ARISE OUT OF OR RELATE IN ANY WAY TO THE CLAIMS AT ISSUE IN THIS ACTION PENDING FINAL APPROVAL OF THE SETTLEMENT;**

**(4)**    **DIRECTING NOTICE TO MONETARY RELIEF CLASS MEMBERS AND APPROVING THE PLAN AND FORM OF NOTICE;**

**(5)**    **APPOINTING A SETTLEMENT ADMINISTRATOR;**

**(6)**    **SCHEDULING A FAIRNESS HEARING; AND**

**(7)**    **SCHEDULING A HEARING ON PLAINTIFF'S MOTION FOR FEES AND COSTS AND THE PAYMENT OF A CASE CONTRIBUTION AWARD**

Plaintiff Krystal Anderson ("Plaintiff") in the above captioned case (the "Action") having

negotiated a Settlement Agreement on behalf of herself and the proposed Monetary Relief Class and

Structural Changes Class (the "Settlement Classes") with Defendants Principal Life Insurance

Company; Benefits Plan Administrative Committee; and Benefits Plan Investment Committee

("Principal"), hereby moves the Court for an Order: (1) conditionally certifying the proposed

Monetary Relief Class[1] as an opt-out settlement class and the Structural Changes Class as a non-opt-

out settlement class and appointing Class Counsel; (2) preliminarily approving the Settlement; (3)

enjoining the Settlement Class Members from pursuing any claims that arise out of or relate in any

way to the claims at issue in this action pending final approval of the settlement; (4) directing notice

to Monetary Relief Class Members and approving the plan and form of notice; (5) appointing KCC

Class Action Services as Settlement Administrator; (6) scheduling a Fairness Hearing; and (7)

scheduling a hearing on Plaintiff's motion for fees and costs and the payment of a Case

Contribution Award ("Preliminary Approval Order").

　　　　Good cause exists for granting this motion, as the Settlement is well within the range of

reasonableness and is the result of arm's-length negotiations following an adversarial mediation

process and not the product of collusion, and Plaintiff and Plaintiff's Counsel have had the

opportunity to assess thoroughly the strengths and weaknesses of their case. Certification of the

proposed settlement class is warranted as all of the elements of Federal Rule of Civil Procedure 23(a)

are satisfied, certification of the opt-out Monetary Relief Class is appropriate under Rule 23(b)(3),

and certification of the non-opt out Structural Changes Class is appropriate under Rule 23(b)(1).

　　　　Good cause exists for approving the proposed form and manner of giving notice of the

settlement agreement because it is the best notice practicable under the circumstances and

constitutes due and sufficient notice of the Settlement and the Fairness Hearing to all persons

affected by or entitled to participate in the Settlement, the hearing on the motion for fees or the

Fairness Hearing, in full compliance with the requirements of due process and the Federal Rules of

Civil Procedure.

---

[1] Capitalized terms herein and in the accompanying Memorandum in support of this motion have the definitions set forth in the Class Action Settlement Agreement submitted as Exhibit 1 to the supporting memorandum of law submitted herewith.

Finally, good cause exists for approving the remaining aspects of this motion because they are reasonably necessary to the establishment of a process for final approval of the proposed settlement and providing an opportunity to proposed Settlement Class Members to object to or to comment on the proposed settlement and Class Counsel's request for an award of reasonable attorneys' fees.

Dated: June 29, 2015                                    Respectfully submitted,


  _/S/ Gregory Y. Porter_____
Gregory Y. Porter (admitted pro hac vice)
Bailey & Glasser LLP
1054 31st Street, Suite 230
Washington, DC 20007
Tel: 202-463-2101
gporter@baileyglasser.com

Kay M. Johansen
Law Office of Kay M. Johansen
504 First Ave., N.E.
Mt. Vernon, IA 52314
Tel: 319-895-6540
kay.johansen@kayjohansenlaw.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2015 that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Gregory Y. Porter*