**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| KRYSTAL M. ANDERSON,<br>And all others similarly situated,<br><br>    Plaintiff,<br><br>        vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY;<br>BENEFIT PLANS ADMINISTRATIVE<br>COMMITTEE; and BENEFIT PLANS<br>INVESTMENT COMMITTEE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 4:15-cv-00119-JAJ-HCA |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER
GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND
APPROVING A PLAN OF ALLOCATION OF THE SETTLEMENT PROCEEDS**

Plaintiff Krystal M. Anderson moves the Court, for the reasons set forth in the

memorandum in support filed herewith, to grant final approval of class action settlement, including

the plan of allocation for the settlement proceeds. Defendants do not oppose this motion. A

proposed Judgment granting final approval and the Declarations of Gregory Y. Porter, Class

Counsel, and James Sean McGuire, for the Settlement Administrator, are filed with this motion.


Dated: October 14, 2015                      Respectfully submitted,


                                         /S/ Gregory Y. Porter
                                 Gregory Y. Porter (admitted *pro hac vice*)
                                 Bailey & Glasser LLP
                                 1054 31st Street, Suite 230
                                 Washington, DC 20007
                                 Tel: 202-463-2101
                                 gporter@baileyglasser.com

                                 Kay M. Johansen
                                 Law Office of Kay M. Johansen
                                 504 First Ave., N.E.
                                 Mt. Vernon, IA 52314

2

Tel: 319-895-6540
kay.johansen@kayjohansenlaw.com

*Attorneys for Plaintiff and the Classes*