**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| KRYSTAL M. ANDERSON,<br>And all others similarly situated,<br><br>    Plaintiff,<br><br>      vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY;<br>BENEFIT PLANS ADMINISTRATIVE<br>COMMITTEE; and BENEFIT PLANS<br>INVESTMENT COMMITTEE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:15-cv-00119-JAJ-HCA |

**PLAINTIFF'S MOTION FOR AN ORDER AWARDING**
**REASONABLE ATTORNEY'S FEES AND COSTS**

Plaintiff Krystal M. Anderson moves the Court, for the reasons set forth in the

memorandum in support filed herewith, to enter an order awarding attorney's fees, costs and

expenses incurred in the action, and a case contribution award in the amounts requested in the

supporting memorandum of law. A proposed Order granting the motion and the Declarations of

Gregory Y. Porter, Class Counsel, and Kay M. Johansen, local counsel, are filed with this motion.

Dated: October 14, 2015

Respectfully submitted,

  /S/ Gregory Y. Porter

Gregory Y. Porter (admitted *pro hac vice*)
Bailey & Glasser LLP
1054 31st Street, Suite 230
Washington, DC 20007
Tel: 202-463-2101
gporter@baileyglasser.com

Kay M. Johansen
Law Office of Kay M. Johansen
504 First Ave., N.E.
Mt. Vernon, IA 52314
Tel: 319-895-6540
kay.johansen@kayjohansenlaw.com

*Attorneys for Plaintiff and the Classes*