## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KRYSTAL M. ANDERSON, <br> And all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> PRINCIPAL LIFE INSURANCE COMPANY; <br> BENEFIT PLANS ADMINISTRATIVE <br> COMMITTEE; and BENEFIT PLANS <br> INVESTMENT COMMITTEE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 4:15-cv-00119-JAJ-HCA <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER AWARDING REASONABLE ATTORNEY'S FEES AND COSTS AND CASE CONTRIBUTION FEE

WHEREAS, Plaintiff in the above-captioned lawsuit (the "Action") on behalf of herself and the Settlement Class, and Defendants Principal Life Insurance Company; Benefit Plans Administrative Committee; and Benefit Plans Investment Committee ("Defendants"), have entered into a Class Action Settlement Agreement dated June 29, 2015, (the "Settlement Agreement"), that provides for a complete dismissal with prejudice of all claims asserted in the Action against Defendants by Settlement Class Members on the terms and conditions set forth in the Settlement Agreement, subject to the approval of this Court (the "Settlement");

WHEREAS, unless otherwise defined in this Order, the capitalized terms herein shall have the same meaning as they have in the Agreement;

WHEREAS, by Order dated July 30, 2015 (the "Preliminary Approval Order"), this Court (1) conditionally certified the Settlement Classes and appointed Class Counsel, (2) preliminarily approved the Settlement; (3) directed notice to Monetary Relief Class Members and approved the plan and form of Notice; (4) appointed a settlement administrator; (5) scheduled a fairness hearing;

and (6) scheduled a hearing on Plaintiff's counsel's motion for fees and costs and the payment of Case Contribution Fee;

WHEREAS, due and adequate notice has been given to the Class;

WHEREAS, the Court conducted a hearing on November 13, 2015 (the "Fairness Hearing") to consider, among other things, (a) whether the proposed Settlement on the terms and conditions provided for in the Agreement is fair, reasonable, adequate and in the best interests of the Settlement Classes and should be approved by the Court; (b) whether a Judgment substantially in the form attached as Exhibit B to the Agreement should be entered dismissing with prejudice all claims asserted in the Action against Defendants with respect to Settlement Class Members; (c) whether the proposed Plan of Allocation for the proceeds of the Settlement is fair and reasonable and should be approved; (d) whether the motion by Plaintiff's Counsel for an award of attorneys' fees and reimbursement of litigation expenses and for a Case Contribution Fee should be approved; and

WHEREAS, the Court having reviewed and considered the Agreement, all papers filed and proceedings held herein in connection with the Settlement, all oral and written comments received regarding the proposed Settlement and Plaintiff's Motion for Motion For An Order Awarding Reasonable Attorney's Fees And Costs, and the record in the Action, and good cause appearing therefor as set forth in the Court's Judgment;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Court awards Class Counsel attorney's fees in the amount of $1 million.

2. The Court awards Class Counsel costs and expenses incurred in connection with this Action in the amount of $33,278.81.

3. The Court awards Plaintiff Krystal M. Anderson a case contribution fee in the amount of $5,000.

SO ORDERED this  13th  day of  November, 2015.

_____
The Honorable John A. Jarvey
United States District Judge