UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Krystal Anderson

       Plaintiff

v

Principal Life Insurance Company

       Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:15-cv-00127

☐ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☉ DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

that this Judgment is entered pursuant to the terms and conditions found in the order dated November 13. 2015 [Dkt. No. 43]". Further, the Court awards Class Counsel's attorney's fees in the amount of $1,000,000 and costs and expenses in the amount of $33,278.81. The Court awards the plaintiff a case contribution fee in the amount of $5,000.

Date: 11/23/2015

CLERK, U.S. DISTRICT COURT

/s/ Madison Lancaster
By: Deputy Clerk